**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO. 4:10cr50-RH/WCS

EUGENE TELFAIR and
ROBERT NIXON,

      Defendants.

_____/

## ORDER RESCHEDULING THE TRIAL FOR NOVEMBER 1, 2010

     This case was originally set for trial during the two-week trial period that begins on September 7, 2010. When the courtroom deputy clerk advised the attorneys of the stacking of the case within the trial period—in the expectation that the trial would actually extend through the next week—one of the attorneys indicated a conflict. This was understandable; the original expectation was that the trial would be finished during the two-week trial period.

     The conflict was addressed on the record in hearings on August 31 and September 3, 2010. The earliest trial period when all parties are available is the one that begins on November 1, and there is a conflict on November 3 and 4 within that trial period. This order confirms the schedule as set during the

September 3 hearing.

Each defendant, through his attorney, specifically waived any speedy trial right inconsistent with this order. In addition, as announced on the record, I find that a reasonable delay of the trial from September 7, 2010, until November 8, 2010, is appropriate, and that the ends of justice that will be served by rescheduling the trial outweigh the interest of the public and the defendant in a speedier trial.

Accordingly,

IT IS ORDERED:

An attorney conference and jury selection will occur on November 1, 2010, or November 8, 2010. Either way, the remainder of the trial will begin on November 8, 2010. The attorney conference will occur in the courtroom at 8:15 on the morning of jury selection. The clerk must notice the trial for November 1 at 8:15 a.m. If jury selection is moved to November 8, the clerk will issue a new notice. The attorneys may contact the courtroom deputy clerk at any time for the most recent available information on whether jury selection will occur on November 1 or 8.

SO ORDERED on September 3, 2010.

s/Robert L. Hinkle<br>United States District Judge